651

---

248 P.2d 209

Sadie PAPA, Executrix Estate of Victor Papa, deceased, and Dorothy Papa, a minor, by her next friend, Sadie Papa, Plaintiffs-Appellants v. Stephen Q. GARST, Administrator, Estate of Emilio Papa, deceased, National Surety Company, New York, New York, by R. L. Baldwin, Attorney in Fact, and Margarita Rubalcava, Defendants-Appellees.

No. 5435.

Supreme Court of New Mexico.

May 31, 1952.

William J. Bingham, Harry D. Robins, Albuquerque, for appellants.

William J. Eaton, Socorro, for appellees.

HENSLEY, District Judge.

This cause was consolidated for oral argument and submission with Rubalcava v. Garst, 56 N.M. 647, 248 P.2d 207. The controlling issue being identical in both causes, it follows that the judgment of the district court is erroneous and should be reversed and the cause remanded to the District Court with a direction to set aside its judgment and to proceed further in accordance with the views expressed in the opinion in Rubalcava v. Garst, 56 N. M. 647, 248 P.2d 207.

It is so ordered.

LUJAN, C. J., and SADLER, McGHEE, and COMPTON, JJ., concur.

COORS, J., did not participate.

---

248 P.2d 209

In the Matter of the ESTATE of Emilio PAPA, Deceased.

Sadie PAPA, Alice Papa Miner, Sadie Papa Schoonover, Eva Papa Rinkle, Stella Papa Storm, Sero Papa, Henry Papa, Elsie Papa, Dorothy Papa, a minor, Petitioners-Objectors-Appellants v. Stephen Q. GARST, Administrator, Estate of Emilio Papa, deceased, Appellee.

No. 5410.

Supreme Court of New Mexico.

May 31, 1952.

William J. Bingham, Harry D. Robins, Albuquerque, for appellants.

William J. Eaton, Socorro, for appellee.

HENSLEY, District Judge.

This cause was consolidated for oral argument and submission with Rubalcava v. Garst, 56 N.M. 647, 248 P.2d 207. The controlling issue being identical in both causes, it follows that the judgment of the District Court is erroneous and should be reversed and the cause remanded to the District Court with a direction to set aside its judgment and to proceed further in accordance with the views expressed

in the opinion in Rubalcava v. Garst, 56 N.M. 647, 248 P.2d 207.

It is so ordered.

LUJAN, C. J., and SADLER, McGHEE, and COMPTON, JJ., concur.

COORS, J., did not participate.

248 P.2d 210

**GRANITO v. GRACE, County Clerk.**

No. 5568.

Supreme Court of New Mexico.

Sept. 25, 1952.